

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NIGEL CONNER | Case No.    1:24-cr-00133<br>Judge Andrea R. Wood<br>Magistrate Judge Beth W. Jantz<br>Cat. 3 / Random<br><br>Violation: Title 18, United States Code, Section 922(g)(1) |

The SPECIAL NOVEMBER 2023 GRAND JURY charges:

On or about April 7, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

NIGEL CONNER,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely a loaded Glock Model 19, 9mm caliber pistol bearing serial number BTWU824, with an attached Glock Conversion Device, also known as an "auto sear" and a "switch," which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2023 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Glock Model 19, 9mm caliber pistol bearing serial number BTWU824, the attached Glock Conversion Device, also known as an "auto sear" and a "switch," and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY