**1:24-cr-00133**
**Judge Andrea R. Wood**
**Magistrate Judge Beth W. Jantz**
**Cat. 3 / Random**

Order Form 01/2005

# United States District Court, Northern District of Illinois

| Name of Assigned Judge Or Magistrate Judge | | Sitting Judge if other than Assigned Judge | GABRIEL A. FUENTES |
|---|---|---|---|
| CASE NUMBER | 23 GJ 00733 | DATE | March 11, 2024 |
| CASE TITLE | U.S. V. NIGEL CONNER | | |

**DOCKET ENTRY TEXT**

## Grand Jury Proceeding

The Grand Jury for the SPECIAL NOVEMBER 2023 Session, a quorum being present, returns the above entitled Indictment in open Court this date before Judge or Magistrate Judge _[signature]_

THE GOVERNMENT WILL REQUEST THE DEFENDANT BE BROUGHT INTO FEDERAL CUSTODY AT TIME OF ARRAIGNMENT. THE GOVERNMENT WILL SEEK CONTINUED DETENTION PURSANT TO TITLE 18, UNITED STATES CODE, SECTION 3142.

SIGNATURE OF JUDGE _____
OR MAGISTRATE JUDGE (ONLY IF FILED UNDER SEAL)

Courtroom Deputy Initials: 


FILED
3/12/2024 JXM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Page 1 of 1