UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NIGEL CONNER | Case No. 24 CR 133<br><br>District Judge Andrea R. Wood |

**PETITION FOR *WRIT* OF *HABEAS CORPUS AD PROSEQUENDUM***

Now comes the UNITED STATES OF AMERICA, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

> Name: NIGEL CONNER
> Date of Birth: \*\*/\*\*/1999
> Sex: Male
> Race: Black
> Jail/Prisoner #: 2023-0408071

is incarcerated in the following institution:

Cook County Department of Corrections, Chicago, Illinois.

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with unlawful possession of a firearm by a felon, in violation of Title 18, United States Code, Section 922(g)(1), and is now wanted in such division and district at **10:00 a.m. on April 3, 2024**, at the U.S. Marshals Service Lock-Up, 24th floor, Dirksen Federal Courthouse, 219 S. Dearborn Street, Illinois, 60604, to appear at 01:30 p.m. for an arraignment

before District Judge Andrea R. Wood, in the courtroom usually occupied by said judge.

WHEREFORE, your petitioner prays for an Order directing the issuance of a *Writ* of *Habeas Corpus Ad Prosequendum* in this matter directed to the following person:

>THOMAS J. DART
>Sheriff
>Cook County Department of Corrections
>2700 South California Avenue
>Chicago, Illinois

commanding them to produce the body of the said prisoner before this Court at said time and on said date, in the United States Courthouse in Chicago, Illinois, and that when the said prisoner shall be so produced pursuant to said *Writ*, and that when the proceedings in this case have been concluded, that NIGEL CONNER be returned forthwith to said institution from which he was brought.

>Respectfully submitted,
>
>MORRIS PASQUAL
>Acting United States Attorney
>
>By:   /s/ *Prashant Kolluri*
>PRASHANT KOLLURI
>Assistant United States Attorney
>219 S. Dearborn St., Rm. 500
>Chicago, IL 60604
>(312) 886-9085