UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

NIGEL CONNER

Case No. 24 CR 133

District Judge Andrea R. Wood

# **O R D E R**

On petition of the UNITED STATES OF AMERICA and it appearing to the

Court that:

> Name:  NIGEL CONNER
> Date of Birth:  **/**/1999
> Sex: Male
> Race:  Black
> Jail/Prisoner #:  2023-0408071

now is incarcerated in the following institution:

> Cook County Department of Corrections
> 2700 South California Avenue
> Chicago, Illinois

and that said defendant has been charged in the above-captioned case with unlawful

possession of a firearm by a felon, in violation of Title 18, United States Code, Section

922(g)(1), and that said defendant should be produced at **10:00 a.m. on April 3, 2024**,

at the U.S. Marshals Service Lock-Up, 24th floor, Dirksen Federal Courthouse, 219

S. Dearborn Street, Illinois, 60604, to appear at 01:30 p.m. for an arraignment before

District Judge Andrea R. Wood, in the courtroom usually occupied by said judge.

IT IS THEREFORE ORDERED that the following person:

THOMAS J. DART
Sheriff
Cook County Department of Corrections
2700 South California Avenue
Chicago, Illinois

bring or cause to be brought before this Court, at said time on said date, before

District Judge Andrea R. Wood, in the United States Courthouse in Chicago, Illinois,

the body of the said defendant; and that a *Writ of Habeas Corpus Ad Prosequendum*

directed to said persons, so commanding them, be issued by the Clerk of this Court.


E N T E R:

ANDREA R. WOOD
District Judge

DATED at Chicago, Illinois
this 20th day of March, 2024.

2